# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

April 13, 2022

**VIA ECF Filing**
William P. Campos
Assistant U.S. Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Xuan Di Huang
        Complaint No.: 20-MJ-733

Dear Mr. Campos:

    Please be advised that Defendant Huang does not intend to file the motion as requested in the Status Conference held on March 4, 2022 before Judge Margo K Brodie.

Very truly yours,

Kevin K. Tung